IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| United States of America,           ) | |
| )                                    | Case No. 25-mc-00012-MAJ-GLS |
| Petitioner,       )                  | |
| )                                    | |
| v.                )                  | |
| )                                    | |
| Luis Martinez-Ebra      )            | |
| )                                    | |
| Respondent.     )                    | |
| )                                    | |
| _____)     | |

**Local Counsel's Notice of Appearance**

Please notice the appearance of Mayte Bayolo-Alonso as local counsel for Luis Martinez Ebra.

Dated: February 27, 2025

*/s/ Mayte Bayolo-Alonso*
MAYTE BAYOLO-ALONSO
USDC No. 308109
P.O. Box 11204
San Juan, P.R. 00910
P: (787) 448-5544
maytebayololaw@gmail.com

1