IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| United States of America, | ) |
| Petitioner, | ) Case No. 25-mc-00012-GMM-GLS |
| v. | ) |
| Luis Martinez-Ebra, | ) |
| Respondent. | ) |

**Supplemental Declaration of IRS Revenue Agent Jean A. Lane**

I, Jean A. Lane, declare:

1. Attached as Exhibit 3 is a copy of the IRS Memorandum of Interview containing questions posed by the IRS and the answers made by Respondent at Respondent's appearance before the IRS.

I declare under penalty of perjury that the foregoing is true and correct.

Executed February 28, 2025

*Jean A. Lane*
Digitally signed by Jean A. Lane
Date: 2025.02.28 09:00:15 -06'00'

_____
Jean A. Lane
Revenue Agent