IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | Case No. 25-mc-00012-GMM-GLS |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Luis Martinez-Ebra, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

**Supplemental Declaration of IRS Revenue Agent Jean A. Lane**

I, Jean A. Lane, declare:

1.  Attached as Exhibit 3 is a copy of the IRS Memorandum of Interview containing

    questions posed by the IRS and the answers made by Respondent at Respondent's

    appearance before the IRS.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed February 28, 2025

Jean A. Lane
Digitally signed by Jean A. Lane
Date: 2025.02.28 09:00:15
-06'00'
_____
Jean A. Lane
Revenue Agent