IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Petitioner, | ) Case No. 25-mc-00012-GMM-GLS<br>)<br>) |
| v. | )<br>) |
| LUIS MARTINEZ-EBRA, | )<br>) |
| Respondent. | )<br>) |

**United States' Notice of Appearance**

PLEASE TAKE NOTICE that Daniel A. Applegate will represent the Petitioner, United States of America, in the above-captioned case in substitution of Michael R. Pahl.

Accordingly, Michael R. Pahl should be removed from all future Electronic Case Filing (ECF) notices. Please serve all future pleadings, notices, orders, documents and other papers on the United States by serving Daniel A. Applegate at the address and email address below.

Dated: May 19, 2025

*s/ Daniel A. Applegate*
DANIEL A. APPLEGATE
PR No. G04310
U.S. Department of Justice, Tax Division
P.O. Box 7238, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-8180
Fax: (202) 514-6770
daniel.a.applegate@usdoj.gov

*Attorney for United States of America*